**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-60515
Summary Calendar

FELIPE DE LEON VALENZUELA,

Petitioner,

VERSUS

OFFICE OF THE CHIEF ADMINISTRATIVE HEARING OFFICER,

Respondent.

Appeal from the United States District Court
for the Northern District of Texas

(95C00153)

May 26, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Felipe DeLeon Valenzuela, petitioner, alleges that the five year limitation period in 28 U.S.C. § 2462 bars the enforcement of a civil fine and a cease and desist order issued as a result of his violation of 8 U.S.C. § 1324c(a)(2). Valenzuela does not dispute that he committed immigration document fraud by presenting false immigration documents to improperly obtain employment in the United States. In addition, it is uncontested that the INS commenced proceedings against Valenzuela by filing a complaint within five years of the violations. The Administrative Law Judge ruled that Valenzuela must pay a $250 fine and immediately cease and desist from violating 28 U.S.C. § 1342c in a final order issued seven years after the violations. We have reviewed the record de novo and reach the same conclusion for essentially the reasons expressed in the ALJ's final order. AFFIRMED.

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.